**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

Sam Calobrace                    ,)
                                          )
    Plaintiff(s),                  )
                                          )
    v.                                  )        CAUSE NO. 3:12-CV-531
                                          )
City of South Bend, et. al.      ,)
                                          )
    Defendant(s).                 )

**REPORT OF PARTIES' PLANNING MEETING**

1. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on October 16, 2012
    at 10:00 AM                                     and was attended by:

Jonathan A. Watson          for plaintiffs(s)

Thomas Rosta                     for defendants(s) Fortney and Frame

Jeffrey Sanford                   for defendants(s) City, Police Department, Officers

2.  Pre-Discovery Disclosures.  The parties [have exchanged] [will exchange by
    December 31, 2012       ] the information required by Fed. R. Civ. P. 26(a)(1).

3.  Discovery Plan.  The parties jointly propose to the court the following discovery plan:
[Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Discovery will be needed on the following subjects:  (brief description of subjects on
which discovery will be needed)
1. Causes of action set forth in Plaintiff's Complaint, including information on
policies, procedures, and actions of each Defendant related to the Plaintiff's
Complaint.
2. Affirmative defenses claimed by all Defendants.

Disclosure or discovery of electronically stored information should be handled as follows: (brief description of parties' proposals)
1. Defendant Fortney to provide ESI not otherwise disclosed in hard copy related to credit card charges and any reports related to the incidents described in Plaintiff's Complaint.
2. Defendant City and Police Department to provide ESI not otherwise disclosed in hard copy related to the incidents described in Plaintiff's Complaint.

The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows: (brief description of provisions of proposed order).
The parties do not anticipate any claims of privilege regarding discovery. However, parties anticipate a joint agreement if unexpected claims arise, and agree to otherwise abide by FRCP Rule 502(b) regarding inadvertent disclosure.

The last date for the completion of all discovery is December 31, 2013.
[Discovery on experts                              to be completed by  December 31, 2013 .]
Maximum of 30     interrogatories by each party to any other party.
Maximum of 30      requests for admission by each party to any other party.

Maximum of 10 depositions by plaintiff(s) and 10  by defendant(s).

Each deposition [other than of _____] limited to maximum of 4     hours unless extended by agreement of parties.

The filing of reports from retained experts under Rule 26(a)(2) due:

from plaintiff(s) by  April 1, 2013

from defendant(s) by May 1, 2013

Any evidentiary objections to another party's expert witness, whether directed to the witness's qualifications or to the foundation for the anticipated testimony, shall be filed by October 31, 2013            . Counsel stipulate that a failure to file such objections is waiver of any objection to opinion testimony outlined in the statement filed by the witness's proponent.

Supplementations under Rule 26(e) due                              .
March 1, 2014

4.  Other Items.

      The last date for the plaintiff(s) to seek leave of court to join additional parties and to amend the pleadings is December 31, 2012 .

      The last date for the Defendant(s) to seek leave of court to join additional parties and to amend the pleadings is December 31, 2012 .

      The last date for the filing of all potentially dispositive motions is May 31, 2013 .

      The timing of filing pretrial disclosures under Fed. R. Civ. P. 26 (a)(3) shall be governed by separate order.

The parties have agreed upon Gene R. Duffin as mediator. Thirty (30) days before the final pretrial conference counsel will provide a written status report to the ADR administrator regarding the status of mediation.

      The case should be ready for [bench or jury] trial by March 1, 2014 [and at this time is expected to take approximately 2 days ].

      Counsel are aware that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar. Counsel know that this includes an evidence presentation system, which consists of a document camera, digital projector, and screen. Counsel know the projector may be used to display images which originate from a variety of sources, including television, VCR, and personal computer. The document camera may be used to display documents, photographs, charts, transparencies, and small objects. Counsel acknowledge they can contact one of the Court's courtroom deputy clerks for information or training.

      [Other matters                                              ]

Date: October 16, 2012

/Jonathan A. Watson/                     /Jeffrey Sanford/ ; /Thomas Rosta/

Counsel for Plaintiff(s)                   Counsel for Defendant(s)